IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

    Plaintiff,                      No. CIV S–07-0750 LKK EFB P

    vs.

CAIN, et al.,

    Defendants.          ORDER

_____/

       Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983.  Plaintiff requests leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

       Plaintiff must pay the statutory filing fee of $350.  *See* 28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff must make an initial partial payment of $4.69.  *See* § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account.  All payments shall be forwarded by the appropriate agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing

1

fee is paid in full.  28 U.S.C. § 1915(b)(2).

The court finds that, for the limited purposes of § 1915A screening, the complaint states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, it hereby is ordered that:

1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2. Plaintiff must pay the statutory filing fee of $350 for this action and must make an initial payment of $4.69 pursuant to section 1915(b)(1).  All payments shall be collected in accordance with the order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendants Officer Cain, Badge # 411, Officer Chand, Badge # 434, Officer Weineger and Medical Technician Mr. Toney.

4. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and one copy of the April 19, 2007, pleading with any and all attachments.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and five copies of the endorsed April 19, 2007, pleading.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Officer Cain, Badge # 411, Officer Chand, Badge # 434, Officer Weineger and Medical Technician Mr. Toney pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: May 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

      Plaintiff,                    No. CIV S-07-0750 LKK EFB P

    vs.

CAIN, et al.,

      Defendants.            <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                         /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          __1__      completed summons form

          __4__      completed forms USM-285

          __5__      copies of the __April 19, 2007__
                                              Complaint

Dated:

                                                           Plaintiff