IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

   Plaintiff,     No. CIV S-07-0750 LKK EFB P

  vs.

CAIN, et al.,

   Defendants.   <u>ORDER</u>

           /

  Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action. *See* 42 U.S.C. § 1983.

  The United States Marshal has returned process directed to defendant "Medical Technician Mr. Toney," unserved with the notations, "waiver ret'd unex. "'U.I.F.'" by post office and "per CDC locator, no 'Toney' in database in medical." Plaintiff must provide new information about this defendant's identity and where he may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq*., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed,

1  plaintiff may seek judicial intervention.

2         Accordingly, it is ORDERED that:

3         1.  The Clerk of the Court shall mail plaintiff one form USM-285 and one copy of the

4  pleading filed April 19, 2007.

5         2.  Within 90 days from the date this order is served, plaintiff may submit the attached

6  Notice of Submission of Documents with a completed form USM-285 providing instructions for

7  service of process upon defendant Toney and two copies of the pleading provided to plaintiff.

8         3. Failure to provide new instructions for service of process upon defendant Toney within

9  the time allowed or to show good cause for such failure will result in a recommendation that this

10  action be dismissed as to that defendant.

11  Dated:  September 6, 2007.

12

13                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY MARVELL SEMIEN,

11          Plaintiff,                    No. CIV S-07-0750 LKK EFB P

12      vs.

13   CAIN, et al.,

14          Defendants.              Notice of Submission of Documents

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's order

17   filed _____:

18          ___1___        completed form USM-285

19          ___2___        copies of the __April 19, 2007___
                                              Complaint

21   Dated:

22                                  _____

23                                              Plaintiff

24

25

26