IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

      Plaintiff,                    No. CIV S–07-0750 LKK EFB P

    vs.

CAIN, et al.,

      Defendants.         ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This action proceeds on the April 19, 2007, complaint in which plaintiff seeks damages for injuries he sustained as a result of the actions alleged in the complaint. Currently pending before the court is plaintiff's February 4, 2008, request that the Clerk enter the defaults of defendants Caine, Chand and Wieneger. For the reasons explained below, the request must be granted.

        Federal Rule of Civil Procedure 55 provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

        A party who waives service of process has 60 days from the date the request for waiver was sent to serve an answer. Fed. R. Civ. P. 4(d)(3). On June 19, 2007, the United States

1

1 Marshal sent defendants Caine, Chand and Weineger requests for waiver of service of process
2 pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. Each of these defendants signed a
3 waiver of service and the waivers were filed on July 16, 2007. Thus, as the defendants
4 themselves acknowledge in their written waivers, they each had until no later than September 17,
5 2007, to respond to the complaint with either an answer or an appropriate motion. *See* Fed. R.
6 Civ. P. 12; *see also* Waivers of Service of Summons, filed July 16, 2007.

      Having reviewed the file in this case, the court finds that none of the defendants who waived service of process have responded to the complaint in any way. Therefore, their defaults must be entered.

      Accordingly, pursuant to plaintiff's February 4, 2008, motion, the Clerk shall enter the defaults of defendants Caine, Chand and Weineger.

      So Ordered.

DATED: April 9, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE