IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

      Plaintiff,                        No. CIV S-07-0750 LKK EFB P

    vs.

CAIN, et al.,

      Defendants.          ORDER

                              /

       Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action. *See* 42 U.S.C. § 1983. Currently before the court is the United States Marshal's second return of service of process unexecuted as to defendant Toney. The court gives plaintiff one more opportunity to locate and effect service of process on this defendant.

       On June 15, 2007, the court found that plaintiff stated a cognizable claim against the defendant plaintiff identifies in the complaint as "Mr. Toney."[1] On August 15, 2007, the United States Marshal returned process unserved with the notations "waiver ret'd unex. 'U.I.F.' by post office," and "per CDC locator, no 'Toney' in database in medical." Thus, on September 7, 2007, the court gave plaintiff a second opportunity to effect service of process on this defendant. He

---

[1] The court notes that from the return filed on April 15, 2008, plaintiff identified this defendant as "Tony Thomas."

1

submitted the necessary materials, and on November 5, 2007, the court again directed the United States Marshal to attempt to serve process on defendant Toney.  On April 15, 2008, the United States Marshal returned process directed to defendant Toney unserved.  The return contains the notations, "no longer @ center + terminated 3/07," and "called CDC locator; No Tony Thomas listed."  While it appears that plaintiff may not be able to locate this defendant, the court finds that it is in the interest of justice to permit plaintiff one more opportunity.  Thus, plaintiff must again provide new information about where this defendant may be served with process.  Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq*., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause.  If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the pleading filed April 19, 2007.

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Toney and two copies of the endorsed pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant Toney within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant.

Dated:  April 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

      Plaintiff,                    No. CIV S-07-0750 LKK EFB P

    vs.

CAIN, et al.,

                                 NOTICE OF SUBMISSION
      Defendants.                  OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

          __1__        completed summons

          __1__        completed USM-285 form

          __2__        copies of the __April 19, 2007__ Complaint

DATED:

                                                  Plaintiff